# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 24-109-JLH-1 |
| | ) |
| CARL LAWRENCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. 91) filed on July 21, 2025. United States Magistrate Judge Christopher J. Burke recommends that the Court accept Defendant's plea of guilty.

After an independent *de novo* review of the record and noting that neither the United States nor the Defendant filed objections, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

It is therefore ORDERED and ADJUDGED as follows:

1. The Report and Recommendation (Doc. 91) is ADOPTED and CONFIRMED and made a part of this Order.

2. The plea is accepted.

3. Defendant is hereby adjudicated guilty as to Count One, Two, and Three of the Indictment (D.I. 2).

SO ORDERED this 5th day of August, 2025.

Dated: August 5, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE